Prob12C
DMA (3/2005)

# United States District Court DO NOT SCAN
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Lafratta                **Case Number:** 99-10380-001

**Name of Sentencing Judicial Officer:** The Honorable George A. O'Toole, U.S. District Judge

**Date of Original Sentence:** 7/12/2000

**Date of Sentence on Violation I :** 7/25/2005

**Date of Sentence on Violation II:** 11/30/05

**Original Offense:** Receiving Stolen Property/Aiding and Abetting (3 Counts) in violation of 18 U.S.C. § 2315

**Original Sentence:** 30 Months imprisonment followed by 3 years supervised release.

**Sentence on Violation I:** Time Served (28 days) followed by 35 months supervised release.

**Sentence on Violation II:** Six (6) months imprisonment, followed by 29 months of supervised release.

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** 7/28/05

**Asst. U.S. Attorney:** Jack Pirozzolo            **Defense Attorney:** Jim Budreau

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

I   **Violation of Special Condition:** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On July 21, 2006, two individuals appeared at Mr. LaFratta's employment site, 128 Ford, in Wakefield, MA and started a physical altercation with the defendant, which resulted in a stabbing wound on LaFratta's left hand. The police responded and questioned the defendant about the incident. Mr. LaFratta failed to inform this officer about this incident and contact with law enforcement.



Prob 12C                                           - 2 -                    **Petition and Affidavit for Warrant or Summons**
                                                                            **for Offender Under Supervision**

**II**         **Violation of Special Condition: The defendant is to participate in a program for substance abuse as directed by the U.S. Probation Office, which program may include drug testing to determine whether or not the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.**

Upon his release on supervision, Mr. LaFratta was enrolled in the random urine screen program. He failed to report as scheduled on July 19 and August 9, 2006.

Mr. LaFratta was referred to the Center for Addictive Behaviors in Salem, MA, and was instructed to report to such program on Friday, August 25, 2006. LaFratta failed to do so.

**III**        **Violation of Standard Condition: The defendant shall refrain from the use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.**

A. On August 21, 2006, Mr. LaFratta provided a urine sample which tested positive for the presence of Cocaine and Oxycodone. LaFratta admitted use of cocaine and, although he provided no verification, claimed that he had a prescription for Percoset/Vicadin, which he was taking for pain related to a stabbing wound.

B. On August 24, 2006, Mr. LaFratta again provided a urine sample which tested positive for Cocaine and Oxycodone. This time Mr. LaFratta denied using cocaine and claimed to be taken the above noted prescription. Laboratory test results confirmed the presence of Cocaine and Oxycodone.

**IV**         **Violation of Standard Condition: <u>The defendant shall report to the probation officer as directed by the Court or probation officer</u>, and shall submit a truthful and complete written report within the first five days of each month.**

The defendant failed to report as instructed on Monday, August 28, and Thursday, August 31, 2006.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
    [X]   Revoked
    [ ]   Extended for year(s), for a total term of years.

[ ]   The conditions of supervision should be modified as follows:

Prob 12C        - 3 -        **Petition and Affidavit for Warrant or Summons for Offender Under Supervision**

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed/Approved by:

_Brian McDonald by cpw_
Brian McDonald
Supervising U.S. Probation Officer

Respectfully submitted,

By _Carmen P. Wallace_
Carmen P. Wallace
U.S. Probation Officer
Date: 8/31/06

---

**THE COURT ORDERS**
[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_

Date 9/6/06