◎AO 44_ (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT    District of    MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSEPH LAFRATTA

**WARRANT FOR ARREST**

Case Number: CR 99-10380-001-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __JOSEPH LAFRATTA__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
( See attached Petition for Warrant for Offender Under Supervision)

in violation of Title _____ United States Code, Section(s) _____

PAUL S. LYNESS
Name of Issuing Officer

*Paul S. Lyness* (signature)
Signature of Issuing Officer

COURTROOM DEPUTY CLERK
Title of Issuing Officer

9/6/06  ONE COURTHOUSE WAY, BOSTON, MA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____